UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TERRI LYNN ROLLENHAGEN,<br>      Plaintiff,<br><br>-v-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>      Defendant. | No. 1:24-cv-181<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The court affirms Defendant's decision denying Social Security disability benefits.

Having resolved all claims, **JUDGMENT ENTERS.**

  **THIS ACTION IS TERMINATED.**

  **IT IS SO ORDERED.**

Date: March 17, 2025         /s/ Paul L. Maloney
                     Paul L. Maloney
                     United States District Judge